**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: TYRONE A. WALKER & TRINA R. WALKER    Case Number: 04-74168
245 RAINBOW DRIVE    SSN-xxx-xx-0775 & xxx-xx-5312
CAPRON, IL  61012

Case filed on: 8/19/2004
Plan Confirmed on: 1/26/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $60,990.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE CORPORATION | 0.00 | 0.00 | 36,541.38 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 36,541.38 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,037.78 | 1,037.78 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,037.78 | 1,037.78 | 0.00 | 0.00 |
| 999 | TYRONE A. WALKER | 0.00 | 0.00 | 2,504.07 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,504.07 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE CORPORATION | 15,672.02 | 15,672.02 | 11,888.89 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 1,594.61 | 1,594.61 | 1,165.33 | 178.32 |
| 016 | CITIZENS FINANCE | 4,150.00 | 4,150.00 | 3,020.69 | 512.72 |
| 045 | VILLAGE OF CAPRON | 1,250.00 | 1,250.00 | 883.77 | 258.91 |
|  | Total Secured | 22,666.63 | 22,666.63 | 16,958.68 | 949.95 |
| 004 | INTERNAL REVENUE SERVICE | 8.98 | 0.90 | 0.00 | 0.00 |
| 006 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ACN COMMUNICATIONS SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICA FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BAD CHECK PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BOONE COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTEGRA MEMORIAL MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CENTEGRA MEMORIAL MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHECK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITIZENS FINANCE | 5,778.47 | 577.85 | 0.00 | 0.00 |
| 017 | COLLECTION COMPANY AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMED CO | 611.93 | 61.19 | 0.00 | 0.00 |
| 020 | CREDIT PLUS COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION SERVICE, INC | 373.51 | 37.35 | 0.00 | 0.00 |
| 022 | DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 990.15 | 99.02 | 0.00 | 0.00 |
| 026 | INWAVE INTERNET | 79.75 | 7.98 | 0.00 | 0.00 |
| 027 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LIFETOUCH NAT'L SCHOOL STUDIOS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | LTD COMMODITIES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MCHENRY COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NICOR GAS | 1,594.54 | 159.45 | 0.00 | 0.00 |
| 037 | PIGGLY WIGGLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SOAP DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SURE TECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | TELECHECK RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | COTTONWOOD FINANCIAL | 2,164.29 | 216.43 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 042 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | AFNI/VERIZON | 1,276.10 | 127.61 | 0.00 | 0.00 |
| 046 | OAK TRUST CREDIT UNION | 8,537.45 | 853.75 | 0.00 | 0.00 |
| 047 | CITIZENS FINANCIAL SERVICES FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 21,415.17 | 2,141.53 | 0.00 | 0.00 |
| | Grand Total: | 47,819.58 | 28,545.94 | 58,704.13 | 949.95 |

Total Paid Claimant:     $59,654.08
Trustee Allowance:       $1,335.92
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008             By  /s/Heather M. Fagan